No. 03–818. GALLAGHER, AKA FREEMAN *v.* MASSAD. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 03–819. INFOUSA, INC., ET AL. *v.* SCHOCH. C. A. 8th Cir. Certiorari denied.

No. 03–820. GARZA ET AL. *v.* GRAY & BECKER, P. C. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 03–826. READ *v.* BT ALEX BROWN, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–827. SINGLE MOMS, INC., ET AL. *v.* MONTANA POWER CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–832. WHITE *v.* AMERICAN HABILITATION SERVICES, INC. C. A. 5th Cir. Certiorari denied.

No. 03–834. CITIZENS COAL COUNCIL ET AL. *v.* NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–835. EDGEWOOD VILLAGE, INC., ET AL. *v.* HOUSING AUTHORITY OF THE CITY OF NEW HAVEN, CONNECTICUT, ET AL. Sup. Ct. Conn. Certiorari denied.

No. 03–837. DERRINGER *v.* CHAPEL ET UX. (two judgments). Ct. App. N. M. Certiorari denied.

No. 03–840. COWAN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–843. LEAL *v.* UNIVERSITY OF TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–844. KANSAS DEPARTMENT OF HUMAN RESOURCES *v.* CRUMPACKER. C. A. 10th Cir. Certiorari denied.

No. 03–845. MOORE *v.* CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.